**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  11-cv-03043-LTB-BNB

ROGER EARLE,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC, a Minnesota limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P.41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                                BY THE COURT:

                                                s/ Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   December 29, 2011